FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2022-3371
_____

KAHASIM RASHID BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Escambia County.
Kerra Smith, Judge.

March 13, 2024

PER CURIAM.

The lower court correctly denied Appellant's rule 3.800(b)(2) motion to correct sentencing error. Section 938.27(8), Florida Statutes, requires trial courts to impose no less than $50 for the costs of prosecution in misdemeanor cases and no less than $100 in felony cases. The State need not request imposition of these costs.

AFFIRMED.

B.L. THOMAS, ROBERTS, and ROWE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.